UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA A. SPERL,<br><br>        Plaintiff,<br>   v.<br><br>CROWN CORK & SEAL COMPANY, INC.,<br><br>        Defendant. | CASE NO. 21-00851-LK<br><br>STIPULATION AND ORDER GRANTING STIPULATED MOTION TO DISMISS HONEYWELL |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Barbara A. Sperl, individually and on behalf of the Estate of Phillip A. Sperl ("Plaintiff"), and Defendant Honeywell International Inc., Successor-in-Interest to AlliedSignal Inc., which is the Successor-in-Interest to Allied Corporation, which in turn is the Successor-in-Interest to the Bendix Corporation (all of which will hereinafter be referred to as "Honeywell"), that Honeywell be dismissed, with prejudice, and without fees, cost, or expenses to either party, reserving to Plaintiff all of Plaintiff's claims against all other parties. The parties also agree that this order may be

STIPULATION AND ORDER GRANTING STIPULATED MOTION TO DISMISS HONEYWELL - 1

presented to the Court for entry without further notice of presentation.

DATED this 13th day of January 2022.

| **BERGMAN DRAPER OSLUND UDO PLLC** | **PERKINS COIE** LLP |
|---|---|
| By: /s/ Brendan Little<br>Brendan Little WSBA No. 43905 | By: /s/Erin P. Fraser<br>Erin P. Fraser, WSBA No. 43379<br>EFraser@perkinscoie.com<br>Kristine E. Kruger, WSBA No. 44612<br>KKruger@perkinscoie.com |
| Attorneys for Plaintiff Barbara A. Sperl | Attorneys for Defendant<br>Honeywell International Inc. |

# ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

IT IS HEREBY ORDERED that the stipulation, Dkt. No. 42, is GRANTED and Plaintiff's claims against Defendant Honeywell International Inc. are hereby dismissed with prejudice and without costs to either party, reserving the Plaintiff's claims against all other parties.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 14th day of January, 2022.

Lauren King
United States District Judge