Hon. Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the Estate of PHILLIP A. SPERL,<br><br>Plaintiff,<br><br>v.<br><br>CROWN CORK & SEAL COMPANY, INC., et al.,<br><br>Defendants. | NO. 2:21-CV-00851-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the Court's Minute Order, Dkt, No. 86, the Court DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

Dated this 15th day of June, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1